IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

WILLIAM V. RASH                                                    PLAINTIFF

V.                              CASE NO.: 3:17-CV-3009

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                     DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on January 30, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 14 day of February, 2018.

                                        TIMOTHY L. BROOKS
                                        UNITED STATES DISTRICT JUDGE